IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| Levi Strauss & Co., et al., | NO. C 10-05342 JW |
| Plaintiffs,<br>v.<br>Joon Hahn, et al.,<br>Defendants. | **ORDER GRANTING STIPULATION; DEEMING MOTION TO DISMISS AS WITHDRAWN** |

On June 15, 2011, the parties filed a Stipulation to continue the hearing on Defendants' Motion to Dismiss for Lack of Jurisdiction over Seventh Claim for Relief until October 3, 2011.[1] The Court grants the Stipulation. However, because the Motion to Dismiss for Lack of Jurisdiction was filed on February 1, 2011, before the case was assigned to this Court, the Court deems the Motion as being withdrawn only for the purposes of maintaining the Court's docket. Defendants may renotice their Motion for the October 3, 2011 hearing date, should the parties be unable to reach a settlement.

On **September 19, 2011 at 10 a.m.**, the parties shall appear for a Status Conference re. Settlement. On or before **September 9, 2011**, the parties shall file a Joint Status Statement updating

---

[1] (See Stipulation to Continue Hearing on Motion to Dismiss Seventh Claim for Relief in the Complaint for Lack of Subject Matter Jurisdiction, Docket Item No. 26.)

the Court on the status of their settlement efforts.

Dated: June 24, 2011

JAMES WARE
United States District Chief Judge

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

Barton Samuel Selden bselden@ggwslaw.com
Gia L. Cincone gcincone@kilpatricktownsend.com
Gregory S. Gilchrist ggilchrist@kilpatricktownsend.com
Tali Leah N. Alban tlalban@kilpatricktownsend.com
Timothy R. Cahn tcahn@kilpatricktownsend.com

**Dated: June 24, 2011**　　　　　　　　　　　　　**Richard W. Wieking, Clerk**

　　　　　　　　　　　　　　　　　　　　　　　　**By:　　/s/ JW Chambers　　　**
　　　　　　　　　　　　　　　　　　　　　　　　　　**Susan Imbriani**
　　　　　　　　　　　　　　　　　　　　　　　　　　**Courtroom Deputy**